UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CARLOS ENRIQUE LOPEZ ALVARADO,

    Petitioner,

v.    Case No. 3:26-cv-127-MMH-SJH

WARDEN, BAKER CORRECTIONAL INSTITUTE, et al.,

    Respondents.

_____

## ORDER

In light of Respondents' Notice of Removal (Doc. 8) advising that Petitioner was removed from the United States, it is

**ORDERED:**

1. The Petition (Doc. 1) is **DISMISSED as moot**.

2. The **Clerk** shall enter judgment dismissing this case as moot, terminate any pending motions, and close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 2nd day of March, 2026.

_____
MARCIA MORALES HOWARD
United States District Judge

Jax-9 3/2
c:     Counsel of Record